1

Michael Patrick Rooney, Esq. (State Bar Number 248491)
2 MICHAEL ROONEY LAW OFFICE
580 California Street, FL 16
3 San Francisco, CA 94104
(415) 533-0282
4 (415) 704-3321

5 Attorney for Plaintiff
KATHLEEN CALLAN
6

**E-filing**

**FILED**

JUL - 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7

IN THE UNITED STATES DISTRICT COURT
8
FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

*JCS*

10

# CV 12 3563

KATHLEEN CALLAN,

11           CASE NO.:

         Plaintiff,
12                          COMPLAINT FOR WILFUL AND
                            NEGLIGENT VIOLATIONS OF THE
vs.                        FAIR CREDIT REPORTING ACT
13

EXPERIAN INFORMATION SOLUTIONS,      **JURY TRIAL DEMANDED**
14 INC., EQUIFAX, INC., AND TRANSUNION,
LLC,
15

         Defendants
16

17

18

19

20

21

22

23

24

25

26

27           COMPLAINT

28              1

*Callan v. Experian, Et al.*

1
2

**PARTIES**

3   1. Plaintiff, Kathleen Callan, is an individual over 18 years of age, who presently

4   resides in University Place, Washington, but for the majority of the actions

5   complained of herein, resided at 347 Jorgensen Drive, Pittsburg, CA 94565.  She is

6   a "consumer" under the Fair Credit Reporting Act.

7   2. Experian Information Solutions, Inc. ("Experian") is a data collection company

8   whose headquarters are located at: 475 Anton Blvd., Costa Mesa, CA 92626. At all

9
times complained of herein, it operated within the jurisdictional boundaries of this
10

11   court.

12   3. Transunion, LLC ("Transunion") is a data collection company whose headquarters

13   are located at: 555 W. Adams Street, Chicago, IL 60661. At all times complained of

14   herein, it operated within the jurisdictional boundaries of this court.

15   4. Equifax, Inc. is a data collection company whose headquarters are located at: 1550

16   Peachtree St. Nw, Atlanta, GA 30309.  At all times complained of herein, it

17
operated within the jurisdictional boundaries of this court.
18

19   5. The three defendants operate credit reporting agencies subject to the Fair Credit

20   Reporting Act, 15 USCA §§ 1681 to 1681u in that they each respectively for fees

21   regularly assemble and evaluate consumer credit information for the purpose of

22   furnishing consumer reports to third parties, and use any means and facilities of

23   interstate commerce including mail, fax, and wire services, for the purpose of

24   preparing and furnishing consumer reports.

25
26
27
28

COMPLAINT

2

*Callan v. Experian, Et al.*

6. Under Section 616 of the Act, Plaintiff may sue in state or federal court to enforce the act. Venue is therefore proper in this court. 15 USC s1681p. Jurisdiction is proper under 28 USC §§ 1331.

## FACTS COMMON TO ALL CAUSES OF ACTION

7. Plaintiff operates her own business, which is Chanteuse Designs, a seamstress of custom aprons, market bags and handbags, and other accessories. Ms. Callan runs a website and blog at http://chanteusedesigns.com, through which she promotes and sells her goods.

8. As a sole proprietor, Plaintiff's credit reputation is vital to expansion opportunities, as well as the day to day operation of her business, including repair or replacement of equipment vital to her trade.

9. Plaintiff recently sought credit to purchase new equipment for her business, and Plaintiff was denied $8000 credit to purchase a Bernina long arm sewing machine for her business, which resulted in actual damages to an amount to be proven at trial from the opportunity loss from not getting the new equipment, which would have allowed her to produce a new line of handbags, which is her highest profit item. Due to her inability to produce the handbags, she was also prevented from participating in certain markets and competitions, which caused projected lost profits of $20,000.00. Plaintiff suffered other actual damages including humiliation, mental distress, and injury to reputation and creditworthiness. She has been ineligible for a small business loan since the erroneous reporting started, and since the Defendants have failed to address her challenge letters. She has also been

COMPLAINT

3

*Callan v. Experian, Et al.*

1

2     prevented from finding housing due to the reporting, which caused actual damages

3     to be proven at trial from paying a greater expense for temporary housing than she

4     would have for a long term rental.

5     10. The reason for Plaintiff's denial was that her consumer credit reports furnished by

6     the defendants all include a reference to a debt which Plaintiff has never had.

7     11. The debt reported by the Defendants is a loan to New York Community Bank, with

8     whom plaintiff has never done business, and to whom Plaintiff has never been a

9     debtor.

10

11    12. Plaintiff sent challenge letters, as further explained below, to each of the

12    Defendants, to request removal of the erroneous information. As further explained

13    below, none of the Defendants removed the information.  Respectively, Experian

14    and Transunion simply did not respond to her request, and Equifax refused to

15    reinvestigate and provide a statement describing its reinvestigation procedure.

16    13. Plaintiff is entitled to relief as prayed for below.

17

18                          **FIRST CAUSE OF ACTION**
                   **(Willful Noncompliance with the Fair Credit Reporting Act)**
19                                **As to Equifax**

20    14. Plaintiff hereby reincorporates and realleges all prior allegations as though fully set

21    forth herein.

22

23    15. Plaintiff alleges that Equifax willfully violated the Fair Credit Reporting Act, 15

24    USCA §§ 1681 to 1681u, by failing to follow reasonable procedures to assure

25    maximum possible accuracy; by failing to conduct mandatory reinvestigation; and

26

27                              COMPLAINT

28                                    4

                            *Callan v. Experian, Et al.*

1

2  by Failing to correct inaccurate or incomplete information as more fully described

3  below.

4  16. On or about December 2011, Plaintiff submitted a Research Request Form provided

5  by Equifax, filling out all of the required blanks except for her social security

6  number. She identified the New York Community Bank account in the dispute

7  section, and checked the "other" box, providing the explanation "Erroneous

8  Charge."

9

10  17. On January 19, 2012, Equifax sent a letter to the Plaintiff stating that it had

11  reinvestigated an account ending in -291*. It determined that the item belonged to

12  the plaintiff and instructed her to contact Ohio Savings Association, 1801 E. 9th St

13  ste. 200, Cleveland, Oh 44114 for further information. A true and correct copy of

14  the letter is attached at Exhibit A.

15  18. On February 4, 2012, Plaintiff sent a letter to Equifax stating that she never had an

16  account with New York Community Bank, and that upon her demand for debt

17  validation, New York Community Bank was unable to produce a note by her in its

18  favor. A true and correct copy of the letter is attached at Exhibit B.

19

20  19. On March 8, 2012, Equifax sent a letter substantially the same as its January 19,

21  2012 letter stating that the item belonged to her according to its investigation. On

22  page two of its letter, Equifax included a notice advising plaintiff of her right to

23  request a description of the procedure used to determine the accuracy and

24  completeness of the information.

25

26

27  COMPLAINT

28  5

*Callan v. Experian, Et al.*

1

2       20. On April 5, 2012, Plaintiff sent a letter by certified mail requesting a description of

3            the procedure used to determine the accuracy and completeness of the information

4            ascertained in Equifax's March 8, 2012 letter. A true and correct copy of the letter

5            is attached at Exhibit C.

6       21. On April 14th, 2012, Equifax sent plaintiff a boiler plate letter stating that its

7            procedure was described as follows: "we first review and consider any relevant

8
         information you submitted regarding the nature of your dispute. Often, Equifax will
9
         then transmit your dispute to the furnisher of the information..." A true and correct
10
11           copy of the letter is attached at Exhibit D.

12      22. The letter described above does not comply with Plaintiff's right to receive a

13           description of the reinvestigation procedure used in her particular case, because it is

14           indefinite and generalized referring to procedures "often" used, refers to "the

15           furnisher of the information", refers vaguely, to "information" and otherwise fails to

16           fulfill plaintiff's right to understand how an account she never owned is appearing
17
         on her credit record. The letter does not answer the questions, who furnished the
18
         information? What information was furnished? How did Equifax determine that the
19
20           information was reliable?

21      23. As such, Equifax failed to follow procedures to assure maximum possible accuracy.

22           Moreover, the procedures implemented and followed were not reasonable to assure

23           maximum possible accuracy.

24
         24. On April 30, Plaintiff sent a final letter to Equifax, specifically requesting the
25
         particulars of the reinvestigation process described above. A true and correct copy
26
         of the letter is attached as Exhibit E. A true and correct copy of Equifax's response
27
                                        COMPLAINT
28                                              6

                                    *Callan v. Experian, Et al.*

1

2    is attached at Exhibit F. Equifax's failure to describe its reinvestigation process is a

3    separate and independent violation of the Fair Credit Reporting Act.

4    25. After plaintiffs many letters to Equifax challenging the debt, and her continued

5    requests for reinvestigation, Equifax willfully failed to comply with the Fair Credit

6    Reporting Act (FCRA), because defendant was consciously aware that the plaintiff

7    contested the accuracy of the reports and then proceeded to report the inaccuracy

8    anyway.

9
10   26. Plaintiff has no other negative marks on her credit report, and this erroneous

11   information is what caused her denial described above.

12   27. Wherefore, Plaintiff is entitled to relief as prayed for below.

13
                          **SECOND CAUSE OF ACTION**
14   **Negligent Noncompliance with the FAIR CREDIT REPORTING ACT**
                              **(As To Equifax)**
15
16   28. Plaintiff hereby reincorporates and realleges all prior allegations as though fully set

17   forth herein.

18   29. Plaintiff alleges that Equifax negligently violated the Fair Credit Reporting Act, 15

19   USCA §§ 1681 to 1681u, by failing to follow reasonable procedures to assure

20   maximum possible accuracy; by failing to conduct mandatory reinvestigation; and

21   by Failing to correct inaccurate or incomplete information as more fully described

22   below.

23
24   30. On or about December 2011, Plaintiff submitted a Research Request Form provided

25   by Equifax, filling out all of the required blanks except for her social security

26   number. She identified the New York Community Bank account in the dispute

27                              COMPLAINT

28                                   7

                        *Callan v. Experian, Et al.*

1
2      section, and checked the "other" box, providing the explanation "Erroneous

3      Charge."

4      31. On January 19, 2012, Equifax sent a letter to the Plaintiff stating that it had

5          reinvestigated an account ending in -291*. It determined that the item belonged to

6          the plaintiff and instructed her to contact Ohio Savings Association, 1801 E. 9th St

7          Ste. 200, Cleveland, Oh 44114 for further information. A true and correct copy of

8          the letter is attached at Exhibit A.
9
10     32. On February 4, 2012, Plaintiff sent a letter to Equifax stating that she never had an

11         account with New York Community Bank, and that upon her demand for debt

12         validation, New York Community Bank was unable to produce a note by her in its

13         favor. A true and correct copy of the letter is attached at Exhibit B.

14     33. On March 8, 2012, Equifax sent a letter substantially the same as its January 19,

15         2012 letter stating that the item belonged to her according to its investigation. On

16         page two of its letter, Equifax included a notice advising plaintiff of her right to
17
           request a description of the procedure used to determine the accuracy and
18
19         completeness of the information.

20     34. On April 5, 2012, Plaintiff sent a letter by certified mail requesting a description of

21         the procedure used to determine the accuracy and completeness of the information

22         ascertained in Equifax's March 8, 2012 letter. A true and correct copy of the letter

23         is attached at Exhibit C.

24     35. On April 14th, 2012, Equifax sent plaintiff a boiler plate letter stating that its
25
           procedure was described as follows: "we first review and consider any relevant
26
27         information you submitted regarding the nature of your dispute. Often, Equifax will
                                        COMPLAINT
28                                           8

                              *Callan v. Experian, Et al.*

1

2      then transmit your dispute to the furnisher of the information…" A true and correct

3      copy of the letter is attached at Exhibit D.

4      36. The letter described above  letter does not comply with Plaintiff's right to receive a

5      description of the reinvestigation procedure used in HER case, because it is

6      indefinite and generalized referring to procedures "often" used, refers to "the

7      furnisher of the information", refers vaguely, to "information" and otherwise fails to

8
       fulfill plaintiff's right to understand how an account she never owned is appearing
9
       on her credit record.  The letter does not answer the questions, who furnished the
10
11     information? What information was furnished? How did Equifax determine that the

12     information was reliable?

13     37. As such, Equifax failed to follow procedures to assure maximum possible accuracy.

14     Moreover, the procedures implemented and followed were not reasonable to assure

15     maximum possible accuracy.

16
       38. Equifax was negligent in its duty to either verify or delete the information within 30
17
       days of the consumer's challenge; she has been damaged, and has a right to relief as
18
19     requested below.

20     39. On April 30, Plaintiff sent a final letter to Equifax, specifically requesting the

21     particulars of the reinvestigation process described above.  A true and correct copy

22     of the letter is attached as Exhibit E.

23     40. On or about June 4, 2012, Equifax responded with a letter dated May 11, 2012

24     claiming to have verified the item, but without addressing Ms. Callan's request for

25
       details of the reinvestigation, which is a violation of the Fair Credit  Reporting Act.
26
27     A true and correct copy of Equifax's response is attached at Exhibit F.  Equifax's
                                          COMPLAINT

28                                              9

                                 *Callan v. Experian, Et al.*

failure to describe its reinvestigation process is a separate and independent violation of the Fair Credit Reporting Act.

41. Plaintiff has no other negative marks on her credit report, and this erroneous information is what caused her denial described above. Equifax's continued failure to provide plaintiff with its reinvestigation procedure is indicative of its negligence in handling her credit report.

42. Wherefore, Plaintiff is entitled to relief as prayed for below.

**THIRD CAUSE OF ACTION**
**Willful Noncompliance of the FAIR CREDIT REPORTING ACT**
**(As to Transunion)**

43. Plaintiff hereby reincorporates and realleges all prior allegations as though fully set forth herein.

44. Plaintiff alleges that Transunion willfully violated the Fair Credit Reporting Act, 15 USCA §§ 1681 to 1681u, by failing to follow reasonable procedures to assure maximum possible accuracy; by failing to conduct mandatory reinvestigation; and by Failing to correct inaccurate or incomplete information as more fully described below.

45. On February 4, 2012, Plaintiff sent a letter to Transunion stating that she never had an account with New York Community Bank, and that upon her demand for debt validation, New York Community Bank was unable to produce a note by her in its favor. A true and correct copy of the letter is attached at Exhibit G.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

46. On March 20, 2012, Transunion responded with a letter claiming that her proof of address was insufficient so that it could not complete her request. A true and correct copy of this letter is attached as Exhibit H.

47. On April 5, 2012, Plaintiff sent a letter to Transunion pointing out that she had provided items deemed acceptable by Transunion, and re-attached her driver's license, utility bill, two current pay stubs, and a post office box bill and receipt. A true and correct copy of this letter is attached at Exhibit I.

48. By the date of filing of this Complaint, Transunion had not responded to the letter.

49. Transunion's failure to validate or delete the debt within 30 days gives plaintiff a right to have the account deleted from her credit report.

50. On April 30, Plaintiff sent a final letter to Transunion, a true and correct copy of which is attached as Exhibit J.

51. Transunion failed to respond to the letter attached at Exhibit J by the date of filing of this Complaint.

52. Transunion was consciously aware that the plaintiff contested the accuracy of the reports and then proceeded to report the inaccuracy anyway. As such, Transunion has willfully not complied with the Act. When the consumer informs the consumer reporting agency that he or she disputes any information contained within the consumer's file, the agency is required to either reinvestigate the disputed information or delete the information from the file within 30 days of receipt of the consumer's dispute notification. 15 USCA § 1681i(a)(1)(A).

53. Transunion's wrongful reporting of the inaccurate information has damaged plaintiff as alleged above.  Plaintiff has no other negative marks on her credit

COMPLAINT

11

*Callan v. Experian, Et al.*

report, and this erroneous information is what caused her denial of credit and other injuries.

54. Wherefore, Plaintiff is entitled to relief as prayed for below.

## FOURTH CAUSE OF ACTION
### Negligent Noncompliance with the Fair Credit Reporting Act
### (As to Transunion)

55. Plaintiff hereby reincorporates and realleges all prior allegations as though fully set forth herein.

56. Plaintiff alleges that Transunion negligently violated the Fair Credit Reporting Act, 15 USCA §§ 1681 to 1681u, by failing to follow reasonable procedures to assure maximum possible accuracy; by failing to conduct mandatory reinvestigation; and by Failing to correct inaccurate or incomplete information as more fully described below.

57. On February 4, 2012, Plaintiff sent a letter to Transunion stating that she never had an account with New York Community Bank, and that upon her demand for debt validation, New York Community Bank was unable to produce a note by her in its favor. A true and correct copy of the letter is attached at Exhibit G.

58. On March 20, 2012, Transunion responded with a letter claiming that her proof of address was insufficient so that it could not complete her request. A true and correct copy of this letter is attached as Exhibit H.

59. On April 5, 2012, Plaintiff sent a letter to Transunion pointing out that she had provided items deemed acceptable by Transunion, and re-attached her driver's license, utility bill, two current pay stubs, and a post office box bill and receipt. A true and correct copy of this letter is attached at Exhibit I.

COMPLAINT

12

*Callan v. Experian, Et al.*

60. By the date of filing of this Complaint, Transunion had not responded to the letter.

61. Transunions failure to validate or delete the debt within 30 days gives plaintiff a right to have the account deleted from her credit report.

62. On April 30, Plaintiff sent a final letter to Transunion, a true and correct copy of which is attached as Exhibit J.

63. Transunion failed to respond to the letter attached at Exhibit J by the date of filing of this Complaint.

64. Transunion was consciously aware that the plaintiff contested the accuracy of the reports and then proceeded to report the inaccuracy anyway. As such, Transunion has willfully not complied with the Act.

65. Transunion has breached its duty to either verify or delete the erroneous information it is reporting about the Plaintiff within 30 days of her challenge of the reporting. Transunion's repeated refusal to so much as conduct a reinvestigation, even after plaintiff sent sufficient identifying information, is a willful violation of the Act. When the consumer informs the consumer reporting agency that he or she disputes any information contained within the consumer's file, the agency is required to either reinvestigate the disputed information or delete the information from the file within 30 days of receipt of the consumer's dispute notification. 15 USCA § 1681i(a)(1)(A).

66. Transunion's wrongful reporting of the inaccurate information has damaged plaintiff as alleged above. Plaintiff has no other negative marks on her credit report, and this erroneous information is what caused her denial of credit and other injuries.

COMPLAINT

13

*Callan v. Experian, Et al.*

1

2     67. Wherefore, Plaintiff is entitled to relief as prayed for below.

3                           **FIFTH CAUSE OF ACTION**
4                  **Wilful Noncompliance With The Fair Credit Reporting Act**
                                    **(As to Experian)**
5
      68. Plaintiff hereby reincorporates and realleges all prior allegations as though fully set
6
          forth herein.
7
8     69. Plaintiff alleges that Experian willfully violated the Fair Credit Reporting Act, 15

9         USCA §§ 1681 to 1681u, by failing to follow reasonable procedures to assure

10        maximum possible accuracy; by failing to conduct mandatory reinvestigation; and

11        by Failing to correct inaccurate or incomplete information as more fully described

12        below.

13
      70. On January 9,2012, Plaintiff sent a letter to Experian, stating her name and address,
14
          and requesting that an delinquency reported by New York Community Bank, 1801
15
16        E. 9th Street, Suite 200, Cleveland, OH 44114 be deleted as erroneous, because she

17        never had such an account.  A true and correct copy of the letter is attached as

18        Exhibit K.

19    71. On January 19, 2012, Experian responded to the letter, stating that Plaintiff had not

20        provided sufficient information to identify her, and requested all of the following:

21        "full name, including middle name and generation (such as JR, SR, II, III); current
22
          mailing address, social security number (required to obtain your report); date of
23
24        birth, and complete addresses for the past two years (including apartment numbers

25        and ZIP codes). In addition, enclose one copy of a government issued identification

26        card, such as a driver's license, state or military ID card, etc., and one copy of a

27                                      COMPLAINT

28                                          14

                                 *Callan v. Experian, Et al.*

1

2
utility bill, bank or insurance statement, etc." A true and correct copy of the letter is

3
attached at Exhibit L.

4
72. On February 4, 2012, Plaintiff sent a letter stating her first and last name, her

5
current mailing address, her birth date, and the last four digits of her social security

6
number. In her letter, she repeated her challenge to the New York Community

7
Bank item reported on her credit. A true and correct copy of the letter is attached at

8
Exhibit M.

9

10
73. On March 19, 2012, Experian sent Plaintiff a copy of her credit report without

11
addressing the challenged item one way or the other.

12
74. On April 30, 2012 Plaintiff sent a final letter to Experian which is attached as N.

13
75. On or about May 30, 2012, Experian sent plaintiff yet another letter, dated May 18,

14
2012 claiming that plaintiff, who was having ongoing communications with

15
Defendant, and to whom defendant had previously responded, now had not

16
sufficiently identified herself in that her documentation was illegible. This letter

17
was clearly in bad faith, as Plaintiff had previously identified herself with legible

18
documents on February 4, 2012. A true and correct copy of this letter is attached as

19
Exhibit O.

20

21
76. Experian's repeated letters claiming that Plaintiff had not identified herself are in

22
bad faith, and are a willful violation of the Act, and it is clear that Experian is

23
simply unwilling to reinvestigate, or investigate in the first place, the erroneous

24
account being reported on Plaintiff's credit.

25

26

27
COMPLAINT

28
15

*Callan v. Experian, Et al.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

77. Plaintiff alleges therefore that Experian failed to follow procedures to assure maximum possible accuracy and the procedures implemented and followed were not reasonable to assure maximum possible accuracy.

78. As alleged above, Plaintiff has suffered damages as a result of the erroneous reporting.

79. When the consumer informs the consumer reporting agency that he or she disputes any information contained within the consumer's file, the agency is required to either reinvestigate the disputed information or delete the information from the file within 30 days of receipt of the consumer's dispute notification. 15 USCA § 1681i(a)(1)(A).

80. Because of Plaintiff's letters, Experian was consciously aware that the plaintiff contested the accuracy of the reports and then proceeded to report the inaccuracy anyway

81. Plaintiff has no other negative marks on her credit report, and this erroneous information is what caused her denial.

82. Wherefore, Plaintiff is entitled to relief as prayed for below.

### SIXTH CAUSE OF ACTION
### Negligent Noncompliance with the Fair Credit Reporting Act
### (As to Experian)

83. Plaintiff hereby reincorporates and realleges all prior allegations as though fully set forth herein.

84. Plaintiff alleges that Experian negligently violated the Fair Credit Reporting Act, 15 USCA §§ 1681 to 1681u, by failing to follow reasonable procedures to assure maximum possible accuracy; by failing to conduct mandatory reinvestigation; and

COMPLAINT

16

*Callan v. Experian, Et al.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

by Failing to correct inaccurate or incomplete information as more fully described below.

85. On January 9,2012, Plaintiff sent a letter to Experian, stating her name and address, and requesting that an delinquency reported by New York Community Bank, 1801 E. 9th Street, Suite 200, Cleveland, OH 44114 be deleted as erroneous, because she never had such an account. A true and correct copy of the letter is attached as Exhibit K.

86. On January 19, 2012, Experian responded to the letter, stating that Plaintiff had not provided sufficient information to identify her, and requested all of the following: "full name, including middle name and generation (such as JR, SR, II, III); current mailing address, social security number (required to obtain your report); date of birth, and complete addresses for the past two years (including apartment numbers and ZIP codes). In addition, enclose one copy of a government issued identification card, such as a driver's license, state or military ID card, etc., and one copy of a utility bill, bank or insurance statement, etc." A true and correct copy of the letter is attached at Exhibit L.

87. On February 4, 2012, Plaintiff sent a letter stating her first and last name, her current mailing address, her birth date, and the last four digits of her social security number. In her letter, she repeated her challenge to the New York Community Bank item reported on her credit. A true and correct copy of the letter is attached at Exhibit M.

88. On March 19, 2012, Experian sent Plaintiff a copy of her credit report without addressing the challenged item one way or the other.

COMPLAINT

17

*Callan v. Experian, Et al.*

89. On April 30, 2012 Plaintiff sent a final letter to Experian which is attached as N.

90. On or about May 30, 2012, Experian sent plaintiff yet another letter, dated May 18, 2012 claiming that plaintiff, who was having ongoing communications with Defendant, and to whom defendant had previously responded, now had not sufficiently identified herself in that her documentation was illegible.  This letter was clearly in bad faith, as Plaintiff had previously identified herself with legible documents on February 4, 2012.  A true and correct copy of this letter is attached as Exhibit O.

91. Experian's repeated letters claiming that Plaintiff had not identified herself are in bad faith, and are a willful violation of the Act, and it is clear that Experian is simply unwilling to reinvestigate, or investigate in the first place, the erroneous account being reported on Plaintiff's credit.

92. Plaintiff alleges therefore that Experian failed to follow procedures to assure maximum possible accuracy and the procedures implemented and followed were not reasonable to assure maximum possible accuracy.

93. As alleged above, Plaintiff has suffered damages as a result of the erroneous reporting.

94. When a consumer informs the consumer reporting agency that he or she disputes any information contained within the consumer's file, the agency is required to either reinvestigate the disputed information or delete the information from the file within 30 days of receipt of the consumer's dispute notification. 15 USCA § 1681i(a)(1)(A). As such, Experian has breached its duty to plaintiff by refusing to conduct the investigation.

COMPLAINT

18

*Callan v. Experian, Et al.*

95. Plaintiff has no other negative marks on her credit report, and this erroneous information is what caused her denial.

96. Wherefore, Plaintiff is entitled to relief as prayed for below.

## **PRAYER FOR RELIEF**

1. As to all defendants – damages in the amount of $250,000.00, to include lost profits, reputatinoal injury, and emotional distress;
2. As to all defendants – punitive damages in the amount of $1,000,000.00;
3. As to all defendants – deletion of the erroneous information from Plaintiff's consumer credit records published by the defendants;
4. Such further relief as the court deems just and proper.


Dated: 7/5/2012

Respectfully Submitted,
MICHAEL ROONEY LAW OFFICE

By: _____
Michael Patrick Rooney, Esq.
Attorney for Plaintiff
Kathleen Callan

COMPLAINT

19

*Callan v. Experian, Et al.*

**Exhibit A**

P. O. Box 105518
Atlanta, GA 30348

005022

001101525-5022
Kathleen Mary Callan
PO Box 65813
Tacoma, WA 98464-0029

# EQUIFAX

## CREDIT FILE : January 19, 2012
## Confirmation # 2017020532

Dear Kathleen Mary Callan:

Your request for Equifax to reinvestigate certain items of your credit file is now complete.

Below are your results and a report of your credit file revised, as applicable, as a result of the reinvestigation. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 841-7337 from 9:00am to 5:00pm Monday-Friday in your time zone.

Thank you for giving Equifax the opportunity to serve you.

### The Results Of Our Reinvestigation

>>> **We have reviewed the identification information. The results are:** Per your request your social security number has been hided to the last five digits **Name:** Kathleen Mary Callan **Ssn:** XXX-XX-8552 **Birthdate:** 11/30/1959

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *)
*This section includes open and closed accounts reported by credit grantors)*

| Account History | Status Code | Descriptions |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> **We have researched the credit account. Account # - 291* The results are:** Equifax verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Ohio Savings Association, 1801 E 9th St Ste 200, Cleveland OH 44114-3103**

**New York Community Bank** **1801 E 9th St Ste 200 Cleveland OH 44114-3103 : (216) 696-2222**

| Account Number 291* | Date Opened 04/2007 | High Credit $358,000 | Credit Limit $0 | | Terms Duration | Terms Frequency Monthly | | Month's Revd .41 | Activity Designator | Creditor Classification | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 01/2012 | Amount Past Due $0 | Date of Last Paymt 11/2009 | Actual Paymnt Amount $0 | Scheduled Paymnt Amount $1,840 | Date of 1st Delinquency 12/2009 | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed 11/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance Amount $0 | | | | | | | | | | | | |

Status - Over 120 Days Past Due; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Foreclosure; Real Estate Mortgage; Conventional Mortgage;

| Account History with Status Codes | 10/2010 6 | 09/2010 6 | 08/2010 6 | 07/2010 6 | 06/2010 6 | 05/2010 6 | 04/2010 6 | 03/2010 4 | 02/2010 3 | 01/2010 2 | 12/2009 1 | 04/2009 1 | 01/2009 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

( Continued On Next Page )

2017020532APP-001101525-5022 - 5200 - OS

**Notice to Consumers**

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

**the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to quest that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for alifornia, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( End Of Report )

20170205 32APP-001101525- 5022 - 5249  - AS

**Exhibit B**

Kathleen Callan
P. O. Box 65813
University Place, WA  98464
(415) 310-6320

February 4, 2012

Equifax Information Services, LLC
P. O. Box 740256
Atlanta, GA  30348

RE: New York Community Bank

Dear Equifax,

In response to your letter dated January 19, 2012, again it has come to my attention that
you have an erroneous item on my account. This item is from New York Community
Bank, 1801 E 9th Street, Suite 200 , Cleveland, Ohio 44114. They should never have
submitted this reporting. I have never had any account with New York Community Bank.
Upon my demand for debt validation NYCB was unable to produce any note by me in its
favor.

Therefore, this is an erroneous charge. Please accept this letter as notice and correct the
report within 30 days.

Should you have further questions please do not hesitate to contact me.

Sincerely,

Kathleen Callan

**Exhibit C**

Kathleen Callan
P. O. Box 65813
University Place, WA 98464
(415) 310-6320

April 5, 2012

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30348

RE: New York Community Bank Investigation

Dear Equifax:

I am writing again in response to your letter dated March 8, 2012 pertaining to the NY Community Bank charge on my account.

In order to validate this charge, I am requesting a description of the procedure used to determine the accuracy and completeness of the information which shall be provided to the consumer by the agency, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number of such furnisher, if reasonably available; by no later than 15 days after receiving the request.

Sincerely,

Kathleen Callan

Certified Mail

**ATLANTA GA 30348**

| | | | 0061 |
|---|---|---|---|
| Postage | $ | $0.45 | |
| Certified Fee | | $2.95 | 21 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.40 | 04/05/2012 |

Sent To Equifax
Street, Apt. No.; or PO Box No. PO Box 740256
City, State, ZIP+4 Atlanta, GA 30348

PS Form 3800, August 2006    See Reverse for Instructions

---

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT

For delivery information visit our website at www.usps.com

**CRUM LYNNE PA 19022**

| | | | 0061 |
|---|---|---|---|
| Postage | $ | $0.65 | |
| Certified Fee | | $2.95 | 21 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.60 | 04/05/2012 |

Sent To TRANSUNION
Street, Apt. No.; or PO Box No. PO Box 2000
City, State, ZIP+4 Chester PA 19022

PS Form 3800, August 2006    See Reverse for Instructions

**Exhibit D**

Equifax Information Services
PO Box 740256
Atlanta GA 30374

April 14th, 2012


Equifax  -ANS
KATHLEEN MARY CALLAN
PO Box 65813
University Place WA  98464-0029

007001

Dear Customer,

**\* In reference to your question regarding the investigation process:**

Upon receipt of your dispute, we first review and consider any relevant information you submitted regarding the nature of your dispute.  Often, Equifax will then transmit your dispute to the furnisher of the information (ie. the bank associated with a disputed credit card) for review and investigation.  Equifax electronically sends a notification of your dispute, including a summary of the relevant information submitted, to the respective furnisher.  The furnisher reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us electronically.

In the case of a public record item such as a judgment, tax lien or bankruptcy, Equifax seeks the most recent filing associated with the disputed information.  This information is often obtained from a medium (ie. paper records or computer database) prescribed by the source of the information (ie. courthouse or other government entity).  Equifax may use a business vendor to obtain the most recent filing from the public record source.

As appropriate, Equifax then makes deletions or changes to your credit file.  The name, address and, if reasonably available, the telephone number of the furnisher(s)/source(s) of the information contacted while processing your dispute(s) is shown under the "Results of your investigation" section on the cover letter that accompanies the copy of your revised credit file.

Thank you for giving Equifax Information Services the opportunity to serve you. We appreciate your business.

# Exhibit E

Kathleen Callan
PO Box 65813
University Place, WA  98464
(415) 310-6320


April 30, 2012


Equifax Information Services, LLC
PO Box 740256
Atlanta, GA  30348

RE: New York Community Bank

Dear Equifax,

I am writing to one final time for further specific details of the investigation into my account, which has been ongoing since January. You have not been supplying sufficient information as to the process of this investigation, including but not limited to identifying what information or documents exactly you are using to verify that this claim by New York Community Bank to show that it is in fact valid.

If you have not responded sufficiently to this last inquiry within the next 10 business days upon receipt, a suit will be filed for an injunction requiring you to respond to my inquiries should you continue to fail to adequately account for how this claim, which is not mine, was validated.

Sincerely,



Kathleen Callan

```
=====================================
          EVERGREEN STATION
          TACOMA, Washington
             984139994
          5476210061-0099
04/30/2012 (800)275-8777 01:07:00 PM
=====================================
============ Sales Receipt ==========
Product          Sale Unit    Final
Description       Qty Price   Price

COSTA MESA CA 92626            $0.45
Zone-5 First-Class
Letter
 0.50 oz.
Expected Delivery: Thu 05/03/12
Return Rcpt (Green            $2.35
Card)
Certified                    $2.95
Label #:    70111150000175961041
                           ========
Issue PVI:                   $5.75

CRUM LYNNE PA 19022           $0.45
Zone-8 First-Class
Letter
 0.50 oz.
Expected Delivery: Thu 05/03/12
Return Rcpt (Green           $2.35
Card)
Certified                    $2.95
Label #:    70111150000175961065
                           ========
Issue PVI:                   $5.75

ATLANTA GA 30348              $0.45
Zone-8 First-Class
Letter
 0.50 oz.
Expected Delivery: Thu 05/03/12
Return Rcpt (Green           $2.35
Card)
Certified                    $2.95
Label #:    70111150000175961058
Customer Postage            -$0.45
 Subtotal:                   $5.30
                           ========
Issue PVI:                   $5.30


                         ==========
Total:                       $16.80

Paid by:
Debit Card                   $16.80
```





**Exhibit F**

# EQUIFAX

## CREDIT FILE : May 11, 2012
## Confirmation # 2128023465

P. O. Box 105518
Atlanta, GA 30348

003526

001167425-3526
Kathleen Mary Callan
PO Box 65813
University Place, WA 98464-0029

Dear Kathleen Mary Callan:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact Equifax regarding the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 237-1106 from 9:00am to 5:00pm Monday-Friday in your time zone.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *.)*
*This section includes open and closed accounts reported by credit grantors.*

| Account History | |
|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due |
| 3 : 90-119 Days Past Due | G : Collection Account |
| 4 : 120-149 Days Past Due | H : Foreclosure |

| Status Code Descriptions | |
|---|---|
| J : Voluntary Surrender |
| K : Repossession |
| L : Charge Off |

>>> **We have researched the credit account. Account # - 291* The results are:** We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: **Ohio Savings Association, 1801 E 9th St Ste 200, Cleveland OH 44114-3103**

### New York Community Bank   1601 E 9th St Ste 200 Cleveland OH 44114-3103 : (216) 686-2222

| Account Number 291* | Date Opened 04/2007 | High Credit $358,000 | Credit Limit $0 | Terms Duration | Terms Frequency Monthly | | Months Revd 41 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 05/2012 | Balance Amount $0 | Amount Past Due $0 | Date of Last Paymnt 11/2009 | Actual Paymnt Amount $0 | Scheduled Paymnt Amount $1,840 | Date of 1st Delinquency 12/2009 | Date of Last Activity 12/2009 | Date Maj Del 1st Rptd 04/2009 | Charge Off Amount $0 |

Status - Over 120 Days Past Due; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Foreclosure; Real Estate Mortgage; Conventional Mortgage;

| Account History with Status Codes | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 4 | 3 | 2 | 1 | 1 |

(Continued On Next Page)

2128023465APPLADM-001167425- 3526 - 364

## otice to Consumers

ou may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of e furnisher of information contacted, and if reasonably available the telephone number.

the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the formation; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of our dispute.

the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to quest that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for alifornia, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

End Of Report )

2128023465APPLADM-001167425- 3526 - 3649

**Exhibit G**

Kathleen Callan
P. O. Box 65813
University Place, WA  98464
(415) 310-6320


February 4, 2012


TransUnion Consumer Solutions
P. O. Box 2000
Chester, PA  19022-2000

RE: New York Community Bank

Dear TransUnion,

It has come to my attention that you have an erroneous item on my account. This item is
from New York Community Bank, 1801 E 9th Street, Suite 200 , Cleveland, Ohio 44114.
They should never have submitted this reporting. I have never had any account with New
York Community Bank. Upon my demand for debt validation NYCB was unable to
produce any note by me in its favor.

Therefore, this is an erroneous charge. Please accept this letter as notice and correct the
report within 30 days.

Should you have further questions please do not hesitate to contact me.

Sincerely,



Kathleen Callan

ATLANTA GA 30348

| | | | |
|---|---|---|---|
| Postage | $ | $0.45 | 0061 |
| Certified Fee | | $2.95 | 21 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.40 | 04/05/2012 |

Sent To    Eguifax
Street, Apt. No.; or PO Box No.    PO Box 740256
City, State, ZIP+4    Atlanta, Grt 30348

PS Form 3800, August 2006          See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CRUM LYNNE PA 19022

| | | | |
|---|---|---|---|
| Postage | $ | $0.65 | 0061 |
| Certified Fee | | $2.95 | 21 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.60 | 04/05/2012 |

Sent To    TRANSUNION
Street, Apt. No.; or PO Box No.    PO Box 2000
City, State, ZIP+4    Chester PA 19022

PS Form 3800, August 2006          See Reverse for Instructions

**Exhibit H**



***317230165-009***
PO Box 2000
Chester, PA 19022

||||||| ||||| |||| ||||| ||| |||||| ||||| ||||| ||| ||||| ||||| |||| ||||

**File Number:** 317230165
**Page:** 1 of 2
**Date Issued:** 3/20/2012



Trans**Union.**

P1XS1K00204032-I008063-118264916
||||||||||||||||||||||||||||||||||||||||||||||||||||||
KATHLEEN MARY CALLAN
PO BOX 65813
TACOMA, WA 98464-0029

Thank you for contacting TransUnion. Our goal is to maintain complete and accurate information on consumer credit reports. We have provided the information below in response to your request.

Re: Proof of Address Unacceptable - Reason # 3

We have received the documents you supplied for proof of your current mailing address; however, the document(s) were unacceptable due to one or more of the following reasons:

Reason #1: One or more of the documents provided was too old. Refer to the timeframes listed below.
Reason #2: One or more of the documents provided was illegible.
Reason #3: One or more of the documents provided was not a qualifying document. Refer to the list below.
Reason #4: Only one form of proof was provided. Two (2) qualifying documents are required.

Please provide two (2) current forms of the qualifying documents listed below.
- Drivers License
- State ID Card
- Bank or Credit Union Statement
- Cancelled Check
- Government Issued ID Card
- Signed Letter from Homeless Shelter
- Stamped Post Office Box Receipt
- Utility Bills (Water, Gas, Electric, or Telephone)
- Pay Stub

When providing proof of your current mailing address please ensure that bank statements, utility bills, cancelled checks and Pay Stubs are recent and not older than 2 months. All state issued license and identification cards must be current and unexpired. PO Box receipts and signed letters from a homeless shelter should not exceed more than 1 year in age. Please note that electronic statements printed from a website can not be accepted for proof of address.

In lieu of sending us the qualifying documents, you may call us at 1-800-916-8800 during normal business hours; to go through a verbal authentication process with one of our customer service representatives. Upon successfully passing verbal authentication, your records will be updated to show your current mailing address

If you have any additional questions or concerns, please contact TransUnion at the address shown below, or visit us on the web at www.transunion.com for general information. When contacting our office, please provide your current file number 317230165.

**Exhibit I**

Kathleen Callan<br>
P. O. Box 65813<br>
University Place, WA  98464<br>
(415) 310-6320

April 5, 2012

TransUnion Consumer Solutions
PO Box 2000
Chester, PA  19022-2000

RE: New York Community Bank

Dear TransUnion:

Enclosed please find your letter dated March 20, 2012 stating unacceptable forms of identification.

Please note the following: I again have provided you with the items you deem acceptable.  Enclosed you will find 1) a WA drivers License, 2) a current utility bill, 3) 2 current pay stubs, 4) a current Post Office Box bill and receipt.

You have the information you have requested and need to promptly respond within 15 days of receipt of this information.

Sincerely,

Kathleen Callan

```
=====================================
    UNIVERSITY PLACE BRANCH
      TACOMA, Washington
          984669998
        5476210056-0097
12/22/2011 (800)275-8777 04:50:29 PM
=====================================
======= Sales Receipt =======
Product        Sale Unit      Final
Description     Qty Price      Price
=====================================

Renew PO Box                  $58.00
Name:         CALLAN, KATHLEEN
          CHANTEUSE DESIGNS
Customer Number: K68777589153
ZIP Code:      98464
Box Size:      2
Box/Call Number: 65813
Period:        Semi-annual (6
               months)
               (01/01/2012 -
               06/30/2012)
Visit ID: 14982907
Dom. Money Order            -$40.00
17709305163
   Cash
                           ==========
Total:                       $18.00

Paid by:
Debit Card                   $18.00
  Account #:    XXXXXXXXXXXX9977
  Approval #:   699335
  Transaction #:  73
  23903513612
  Receipt#:     000076
************************************
************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at
select Post Offices.
```



# City of Tacoma Public Utilities Statement

NAME  **KATHLEEN M CALLAN**



Account# **100704590**       Billing Period  01-10-12 - 03-08-12                                Page 1

| type of service | date | meter # | curr read | prev read | mult | consumption | cost/unit | amount |
|---|---|---|---|---|---|---|---|---|
| **1616 S RIDGEWOOD AVE** | | | | | | | | |
| **Tacoma Power (253) 502-8600 Public Utilities** | | | | | | | | |
| Energy Use | 03-08-12 | 4365 | 9694 | 9379 | 10 | 3150 | $0.033257/KWH | $104.76 |
| Delivery | 03-08-12 | | | | | 3150 | $0.033150/KWH | $104.42 |
| Customer Charge | 03-08-12 | | | | | | $5.50/Month | $11.00 |
| | | | | | | | Subtotal | $220.18 |
| **Tacoma Water (253) 502-8600 Public Utilities** | | | | | | | | |
| Consumption | 03-08-12 | 174556 | 1359.070 | 1356.310 | | 2.760 | $1.368000/CCF | $3.78 |
| Customer Charge | 03-08-12 | | | | | | $16.76/Month | $33.52 |
| | | | | | | | Subtotal | $37.30 |
| **Solid Waste (253) 591-5543 Public Works Environmental Servic** | | | | | | | | |
| Service | 03-08-12 | | | | | 20 Gal Resi Garbage | $25.25/Month | $50.50 |
| **Wastewater (253) 502-2100 Public Works Environmental Service** | | | | | | | | |
| Service | 03-08-12 | | | | | | | $85.88 |
| **Surface Water (253) 502-2100 Public Works Environmental Serv** | | | | | | | | |
| Service | 03-08-12 | | | | | | | $40.91 |
| **Miscellaneous Adjustments/Deposits** | | | | | | | | |
| Deposit Release | 02-08-12 | | | | | | | $94.51- |
| **Payments** | | | | | | | | |
| Payment | 02-02-12 | | | | | | | $191.98- |

## INFORMATION CENTER

Our records show that you have past due charges. Past due charges are subject to credit activity. To avoid credit activity, please contact our office immediately at 253 502-8600.
The following taxes are included in your Power charges: Tacoma Gross Earnings Tax of 6.000% -- $13.21 and State Public Utility Tax of 3.873% -- $8.53.

*Continued on Next Page*

| ACCOUNT SUMMARY | | AMOUNT DUE | | |
|---|---|---|---|---|
| Previous bill | $286.49 | **Current** | - Due 03-19-12 | **$434.77** |
| Payments | $191.98- | | | |
| Outstanding | $94.51 | | | |
| Misc. Adjustments/Deposits | $94.51- | | | |
| Current | $434.77 | | | |
| Account balance | $434.77 | | | |

Pay online 24 hours a day: www.tacomaservices.org

---



Account Number
100704590

**PLEASE RETURN THIS STUB AND PAYMENTS TO:**
CITY TREASURER-P.O. BOX 11010
TACOMA, WA 98411-1010



Account Balance
$434.77

Amount Due
$434.77

Due Date
Overdue

Amount Enclosed
$_____

Yes, I would like to donate to
**Tacoma Power's low income
assistance programs.**

Monthly Donation $_____

Donation   $_____

*All donations will help low income
customers reduce their energy use
and assist with electric payments.*

#0001007045902#

KATHLEEN M CALLAN
1616 S RIDGEWOOD AVE
TACOMA WA  98405-3257

637334974-es/0

1D  000100704590  000100704590  000000043477  4

**COMCAST**
14243 SW TERMAN RD
BEAVERTON, OR 97005



||.||..||I..||I..|IIII.||I..|II||....||..|II.|III.I.|.|.|.||.i.||.|I.|I||
KATHLEEN CALLAN       24665 0131-64-15-AADC
PO BOX 65813
UNIVERSITY PLACE, WA 98464-0029
||.||..||.||.||..|.||.||.||||.|||.|||.||.||.||.||.||..||..||.|I.||.|

## PAYMENT SUMMARY

CHECK NO:       0008490565
ACCOUNT NO:     8498350063960356                    CHECK DATE:    03/26/12

Dear KATHLEEN CALLAN,

The attached check represents a refund for account number 8498350063960356 in the amount
of $10.53.

If you are a Comcast XFINITY customer and have questions regarding your refund check, you
can write us at the address above, call Comcast's toll free customer service number at
1-888-COMCAST (1-888-266-2278), or chat with us at www.comcast.com/chat. Our
representatives are available to assist you 24 hours a day, 7 days a week.

If you are a Comcast Spotlight client or agency, please contact your local Spotlight
office.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

(Detach Here)

| ires to: | Talent Partners  312-923-7900 | | | | | | | | | | Check No: | **33164410** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**talent**
PARTNERS
541 North Fairbanks Court, Chicago, IL 60611
www.talentpartners.com

| | |
|---|---|
| ployer of Record | Talent Partners |
| Withholdings | Commercial Services, LLC |
| U.C. Insurance | |
| ATE U.C.# | 253588007 |

| | |
|---|---|
| Check Date: | 03/07/2012 |
| Pay Ending: | 03/07/2012 |
| Agy / Invoice: | 0702 / B23039 |

| ployee Name | Kathleen Mary Callan | SSN: XXX-XX-8552 | | Area M/S Exmpt Fixed% | | | | |
|---|---|---|---|---|---|---|---|---|
| dress | Po Box 65813 | Fed I.D.: | Fed.: | FD | S | 10 | .00 | Agent Name/Code Big Fish Nw Talent, 8538 |
| | University Place WA 98464 | GST#: | Res. St.: CA | S | 10 | .00 | Address | 217 N 9Th St |
| | | PST#: | Res.Cty.: | | | | | Cheney WA 99004 |
| | | | Wrk St.: WA | | | | | |
| | | | Wrk Cty.: | | | | | |

| RP FSO: | | | | |
|---|---|---|---|---|
| Agency | Campbell-Ewald | Advertiser | Usps | Product | Us Postal Service |
| ency Code | 0702 | Original ID# | | Commercial Title | Hacked |
| mmercial ID | QYPE0880 | Edit Version ID | | Maximum Period of Use | 06/07/2013 |
| dia | TV | Union / Local | SAG / SEA | Made for Cable Only | No |
| te 1st Service | 09/08/2011 | Category | P / Principal Performer | Made for Spanish | No |
| st Fixed Cycle | 09/08/2011 | Camera | ON | AFM Contract Numbers: , | |
| st Air Date | 09/21/2011 | Contract Year | 09 | | |
| Overscale % | .00 | | | AFM Leader | |
| d Overscale % | .00 | | | AFM Dub Date | |

## USE-TYPE INFORMATION

| yment Type | Reuse | Usage Type | Holding Fee |
|---|---|---|---|
| cle Dates | 03/08/2012-06/07/2012 | Use Wks | 13 |

| scription | Units | Rate | Amount | Holiday Pay | N |
|---|---|---|---|---|---|
| yment | | | 592.20 | | |
| tal | | | 592.20 | | |

## TAXES AND DEDUCTIONS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| Federal Income Tax | .00 | .00 |
| Social Security Tax | 33.46 | 438.43 |
| Misc Deduction/I&R | .00 | .00 |
| | | |
| **Pre-Tax Deductions** | | |
| MPTRP | .00 | .00 |
| Permanent Charities | .00 | .00 |
| | | |
| **After Tax Deductions** | | |
| Tax Liens/Garnishments | .00 | .00 |
| Union Dues | .00 | .00 |
| Trust | .00 | .00 |
| Direct | .00 | .00 |
| Wire | .00 | .00 |
| | | |
| **Total** | 33.46 | 438.43 |

## EARNINGS

| scription | Current Amount | Y-T-D Amount |
|---|---|---|
| yment | 592.20 | 7759.75 |
| isc Payment | .00 | .00 |
| im Exp (Wardrobe, Cartage, Supplies, Other) | .00 | .00 |
| alth & Welfare | | |
| ST/HST | .00 | .00 |
| onies Due TP | .00 | .00 |
| oss Wages | 592.20 | 7759.75 |

## COMMENTS

## CHECK TOTALS

| Description | Current Amount | Y-T-D Amount |
|---|---|---|
| Gross Wages | 592.20 | 7759.75 |
| Deductions | -33.46 | -438.43 |
| et Wages | 558.74 | 7321.32 |



BAT710B1

# P.O. Box Service Fee Notice

## UNIVERSITY PLACE
### 6817 27TH ST W
### TACOMA, WA 98466
### (253) 566-4051

## PAYMENT NOTICE

CHANTEUSE DESIGNS
PO BOX 65813
TACOMA, WA 98464

**Date of Notice:  12/20/2011**
**Box # 65813**
**6 Months: $58.00**
**12 Months:  $116.00**
**Due Date:  12/31/2011**

Dear KATHLEEN CALLAN:

This is a friendly reminder that your Post Office Box or Caller Service renewal fee is due. If you have already paid this fee, please disregard this notice and thank you for your continued business with the United States Postal Service. If you have not yet submitted your payment, please do so now.

For your convenience, you can sign up at www.usps.com/poboxes and renew or manage your PO Box online. You can use your credit card to make a one-time payment or sign up for automatic payments so you never miss a due date. You can also renew your PO Box at any one of our Automated Postal Centers located at select Post Offices nationwide. Go to http://www.usps.com/locator/welcome.htm and look for Automated Postal Centers® to find a location near you.

As always, payments can be made at the Post Office or mailed to the attention of the Postmaster at the address indicated above. Please make checks or money orders payable to the US Postal Service and include your PO Box number and ZIP Code. If paying by mail, a receipt for your PO Box will be delivered to your PO Box.

**Note:** Caller Service can only be paid **in person** or **by mail.** Please be sure to include this notice with your remittance. Caller Service receipts will be provided at the caller service pickup window.

If your payment is not received by the due date, access to your PO Box will be blocked and caller services will be limited. If we have not received your payment by the 10th day after the due date, your PO Box service will be terminated, incoming mail will be returned to the sender, and, in addition to any unpaid monthly PO Box fees, you will be charged a handling fee to reopen your box. To avoid this inconvenience, we encourage you to renew on time.

As a reminder, your account information must be current. If your physical address or other pertinent information has changed since you applied for your PO Box, please ask a Retail Associate at your Post Office to update the filed copy of your PS Form 1093, *Application for Post Office Box Service.*

To update your information for Caller Service, you can ask a Retail Associate to update the PS 1093-C, *Application for Caller Service.*

You are a valued customer and we appreciate your business.

Thank You,

WEBBATS                                          POSTMASTER, TACOMA

ATLANTA GA 30348

| | | | |
|---|---|---|---|
| Postage | $ | $0.45 | 0061 |
| Certified Fee | | $2.95 | 21 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.40 | 04/05/2012 |

Sent To  *Equifax*

Street, Apt. No.; or PO Box No.  *PO Box 740256*

City, State, ZIP+4  *Atlanta, GA 30348*

PS Form 3800, August 2006                    See Reverse for Instructions

7011 1150 0001 6162 5

---

U.S. Postal Service

# CERTIFIED MAIL RECEIPT

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

CRUM LYNNE PA 19022

| | | | |
|---|---|---|---|
| Postage | $ | $0.65 | 0061 |
| Certified Fee | | $2.95 | 21 |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.60 | 04/05/2012 |

Sent To  *TRANSUNION*

Street, Apt. No.; or PO Box No.  *PO Box 2000*

City, State, ZIP+4  *Chester PA 19022*

PS Form 3800, August 2006                    See Reverse for Instructions

7011 1150 0001 6162 5787

**Exhibit J**

Kathleen Callan
P. O. Box 65813
University Place, WA  98464
(415) 310-6320

April 30, 2012

TransUnion Consumer Solutions
PO Box 2000
Chester, PA  19022-2000

RE: New York Community Bank

Dear TransUnion:

I am writing to one final time for further specific details of the investigation into my account, which has been ongoing since January. You have not been supplying sufficient information as to the process of this investigation, including but not limited to identifying what information or documents exactly you are using to verify that this claim by New York Community Bank to show that it is in fact valid.

If you have not responded sufficiently to this last inquiry within the next 10 business days upon receipt, a suit will be filed for an injunction requiring you to respond to my inquiries should you continue to fail to adequately account for how this claim, which is not mine, was validated.

Sincerely,

Kathleen Callan

Case 4:12-cv-03563-SBA   Document 1   Filed 07/09/12   Page 51 of 65

```
=====================================
        EVERGREEN STATION
        TACOMA, Washington
          984139994
        5476210061-0099
04/30/2012 (800)275-8777 01:07:00 PM
=====================================
============ Sales Receipt ==========
Product         Sale Unit      Final
Description      Qty Price     Price

COSTA MESA CA 92626            $0.45
Zone-5 First-Class
Letter
 0.50 oz.
Expected Delivery: Thu 05/03/12
Return Rcpt (Green            $2.35
Card)
Certified                    $2.95
Label #:     70111150000175961041
                             ========
Issue PVI:                    $5.75

CRUM LYNNE PA 19022           $0.45
Zone-8 First-Class
Letter
 0.50 oz.
Expected Delivery: Thu 05/03/12
Return Rcpt (Green            $2.35
Card)
Certified                    $2.95
Label #:     70111150000175961065
                             ========
Issue PVI:                    $5.75

ATLANTA GA 30348              $0.45
Zone-8 First-Class
Letter
 0.50 oz.
Expected Delivery: Thu 05/03/12
Return Rcpt (Green            $2.35
Card)
Certified                    $2.95
Label #:     70111150000175961058
Customer Postage            -$0.45
 Subtotal:                   $5.30
                             ========
Issue PVI:                    $5.30


                            =========
Total:                      $16.80

Paid by:
Debit Card                  $16.80
```



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

ATLANTA GA 30348

| | | |
|---|---|---|
| Postage | $0.45 | 0061 |
| Certified Fee | $2.95 | 18 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | APR 30 2012 |
| Total Postage & Fees | $5.75 | 04/30/2012 |

Sent To  EQUIFAX
Street, Apt. No.; or PO Box No.  PO BOX 740256
City, State, ZIP+4  ATLANTA GA 30348

PS Form 3800, August 2006

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

COSTA MESA CA 92626

| | | |
|---|---|---|
| Postage | $0.45 | 0061 |
| Certified Fee | $2.95 | 18 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | APR 30 2012 |
| Total Postage & Fees | $5.75 | 04/30/2012 |

Sent To  EXPERIAN
Street, Apt. No.; or PO Box No.  475 ANTON BLVD
City, State, ZIP+4  COSTA MESA CA 92626

PS Form 3800, August 2006

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CRUM LYNNE PA 19022

| | | |
|---|---|---|
| Postage | $0.45 | 0061 |
| Certified Fee | $2.95 | 18 |
| Return Receipt Fee (Endorsement Required) | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.75 | 04/30/2012 |

Sent To  TRans Union
Street, Apt. No.; or PO Box No.  PO BOX 2000
City, State, ZIP+4

**Exhibit K**

Kathleen Callan
P. O. Box 65813
University Place, WA  98464

January 9, 2012

RE:NY Community Bank

Dear Experian:

It has come to my attention that you have an erroneous charge on my account. From New York Community Bank, 1801 E 9th Street, Suite 200, Cleveland, OH 44114 they should never have submitted this filing.

This is an erroneous charge. You are now notified and you have 30 days to correct this charge against my credit.

Should you have further questions please do not hesitate to contact me.

Sincerely,

Kathleen Callan

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
E W I N                          1-13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Experion
475 Anton Blvd

Costa Mesa, CA
                 92626

3. Service Type
   ☐ Certified Mail    ☑ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)
   7010 3090 0002 8000 9915

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

---

**...ER:** *COMPLETE THIS SECTION*

- ...omplete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
JAN 1 3 2012

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

1. Article Addressed to:

Equifax Info
PO Box 740246

Atlanta, GA
               30348

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

**Exhibit L**

Prepared for: **KATHLEEN CALLAN**
Date: **January 19, 2012**

Page 1 of 2

•°• Experian™

A world of insight

PO Box 9701
Allen, TX 75013

## Dear KATHLEEN CALLAN

We were unable to honor your recent request because you did not provide sufficient identification information for us to verify your identity. Please read the information below if you would like to request a copy of your personal credit report or if you would like to order a copy of your information on your report that you believe is inaccurate. To order a copy of your personal credit report, visit www.experian.com/consumer for secure

0013042 01 MB 0.387 **AUTO  T1 2 7017 98464-002913   -C01-P13055-I
KATHLEEN CALLAN
PO BOX 65813
TACOMA WA  98464-0029

ԿիմֈլիֈիֈլՄֈֈֈֈիլիֈֈֈիֈֈֈֈֈֈֈիֈֈֈֈֈֈֈֈֈֈֈֈֈՄֈֈֈֈֈֈֈ

Scan me with your smart phone
for special offers from Experian.

0000000000

and immediate online access, or you may call 1 (888) EXPERIAN (1 888 397-3742) to order your report for delivery by U.S. mail.

The Federal Fair Credit Reporting Act states "A consumer credit reporting company shall require as a condition of disclosure that the consumer furnish proper identification;" therefore, if you write to us, please submit all of the following information in order to process your request: full name, including middle name and generation (such as JR, SR, III); current mailing address; Social Security number (required to obtain your report); date of birth; and complete addresses for the past two years (including apartment numbers and ZIP codes). In addition, enclose one copy of a government issued identification card, such as a driver's license, state or military ID card, etc., and one copy of a utility bill, bank or insurance statement, etc. Make sure that each copy is legible (enlarge if necessary), displays your name and current mailing address, and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof. To protect your personal identification information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents. Under the federal Fair Credit Reporting Act, we will provide you with a free personal credit report if you have received notice within the last 60 days that you were declined credit, insurance, employment or rental dwelling opportunities, or if adverse action was taken against you based on information in an Experian credit report. If you send us a copy of the decline letter or proof of the adverse action, then we will process your request for a free personal credit report. Under federal law, you also may receive a free personal credit report if you certify to us that (1) you are unemployed and plan to seek employment within 60 days, (2) you are a recipient of public welfare assistance, or (3) you have reason to believe that your credit information is inaccurate due to fraud. Send your request in writing, specifying one of these reasons, to: Experian, PO Box 2002, Allen, TX, 75013. If you do not

7017-01-00-0013042-0001-0016280



Experian
A world of insight

Prepared for: **KATHLEEN CALLAN**
Date: **January 19, 2012**

Sincerely,

Experian National Consumer Assistance Center

qualify for a free personal credit report as legislated by any federal or state laws, then you may purchase your report with a check or money order. Fees are as follows: California, $8; Connecticut, $5.32*; Minnesota, $3; Hawaii, $11.44*; New Mexico, $11.56*; New York, $11.98*; Texas, $11.91*; Montana, $8.50; Pennsylvania, Puerto Rico and South Carolina, $11.77*; South Dakota, West Virginia and Washington, D.C., $11.66*; Washington—$12.05. All other states, $11. If you already have received your allotted free credit report(s) based on your state's law, fees are as follows: Colorado, Massachusetts, $8; New Jersey, $8.56*; Georgia, $11; Maine, $5; Maryland, $5.30*; and Vermont, $7.50. (* includes taxes)

Acceptable forms of payment are credit card, check and money order. If you submit your credit card information by mail, be sure to include the name exactly as it is displayed on the card, the credit card type, the credit card number and the expiration date. Accepted credit cards are American Express, Discover, MasterCard and VISA.

You also may be eligible for an annual free credit report from each of the nationwide consumer credit reporting companies when you make your request via www.annualcreditreport.com, call 1 (877) 322-8228, or write to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. If you already have your personal credit report and believe that information is inaccurate, visit www.experian.com/disputes, or you may call the number on your report to request an investigation. If you write to us to request an investigation, please send all of the identification information listed above, and list each item on your report that you believe is inaccurate, the account number and the specific reason you feel the information is incorrect. There is no charge for requesting an investigation. Once we receive your request, we will contact the source of the information you questioned. When we complete our investigation process, which may take up to 30 days (or up to 45 days for an investigation of information in an annual free credit report), we will send you the results. To check the status of your investigation, you may log on to www.experian.com/status.

0000000000

**Exhibit M**

Kathleen Callan
P. O. Box 65813
University Place, WA 98464
(415) 310-6320

February 4, 2012

Experian
475 Anton Blvd.
Costa Mesa, CA 92626
(714) 830-7000

RE: New York Community Bank

Dear Experian,

In response to your letter dated January 19, 2012 requesting sufficient identification
information on my correspondence of January 9, 2012 please note the following. My
DOB is 11/30/1959. Last 4 digits of my social are 8552.

Again, It has come to my attention that you have an erroneous item on my account. This
item is from New York Community Bank, 1801 E 9th Street, Suite 200 , Cleveland, Ohio
44114. They should never have submitted this reporting. I have never had any account
with New York Community Bank. Upon my demand for debt validation NYCB was
unable to produce any note by me in its favor.

Therefore, this is an erroneous charge. Please accept this letter as notice and correct the
report within 30 days.

Should you have further questions please do not hesitate to contact me.

Sincerely,


Kathleen Callan

**Exhibit N**

Kathleen Callan
P. O. Box 65813
University Place, WA  98464
(415) 310-6320

April 30, 2012

Experian
475 Anton Blvd.
Costa Mesa, CA  92626
(714) 830-7000

RE:NY Community Bank

Dear Experian,

I am writing to one final time for further specific details of the investigation into
my account, which has been ongoing since January. You have not been supplying
sufficient information as to the process of this investigation, including but not
limited to identifying what information or documents exactly you are using to
verify that this claim by New York Community Bank to show that it is in fact
valid.

If you have not responded sufficiently to this last inquiry within the next 10
business days upon receipt, a suit will be filed for an injunction requiring you to
respond to my inquiries should you continue to fail to adequately account for
how this claim, which is not mine, was validated.

Sincerely,



Kathleen Callan

```
============================================
            EVERGREEN STATION
           TACOMA, Washington
               984139994
            5476210061-0099
04/30/2012 (800)275-8777 01:07:00 PM
============================================
============ Sales Receipt ============
Product          Sale Unit      Final
Description       Qty Price     Price
============================================
COSTA MESA CA 92626             $0.45
Zone-5 First-Class
Letter
  0.50 oz.
  Expected Delivery: Thu 05/03/12
Return Rcpt (Green             $2.35
Card)
Certified                      $2.95
Label #:      70111150000175961041
                              ========
Issue PVI:                     $5.75

CRUM LYNNE PA 19022            $0.45
Zone-8 First-Class
Letter
  0.50 oz.
  Expected Delivery: Thu 05/03/12
Return Rcpt (Green             $2.35
Card)
Certified                      $2.95
Label #:      70111150000175961065
                              ========
Issue PVI:                     $5.75

ATLANTA GA 30348               $0.45
Zone-8 First-Class
Letter
  0.50 oz.
  Expected Delivery: Thu 05/03/12
Return Rcpt (Green             $2.35
Card)
Certified                      $2.95
Label #:      70111150000175961058
Customer Postage              -$0.45
  Subtotal:                    $5.30
                              ========
Issue PVI:                     $5.30


                             ==========
Total:                        $16.80

Paid by:
Debit Card                    $16.80
```





**Exhibit O**

Prepared for: **KATHLEEN CALLAN**
Date: **May 18, 2012**

Experian
A world of insight

PO Box 9701
Allen, TX 75013

0006724 01 MB 0.401 **AUTO  T9 3 7120 98464-002913   -C01-P06730-I
**KATHLEEN CALLAN**
PO BOX 65813
TACOMA WA  98464-0029

Dear **KATHLEEN CALLAN**

We were unable to honor your recent request because you did not provide sufficient identification information for us to verify your identity, **or the information that you provided was not legible.**

Please read the information below if you would like to order a copy of your personal credit report or if you would like to request an investigation of information on your report that you believe is inaccurate. **To order a copy**

Scan me with your smart phone for special offers from Experian.



**of your personal credit report, visit www.experian.com/consumer for secure and immediate online access, or you may call 1 (888) EXPERIAN (1 888 397-3742) to order your report for delivery by U.S. mail.**

The Federal Fair Credit Reporting Act states "A consumer credit reporting company shall require as a condition of disclosure that the consumer furnish proper identification"; therefore, if you write to us, please provide the following information in order to process your request:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number (If you have never been issued a social security number, please note that in your request for your report.)
- Complete addresses for the past two years
- Date of birth
- One copy of a government issued identification card, such as a driver's license, state or military ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

Make sure that each copy is legible and displays your name and current mailing address and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof.

To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents.

Under the federal Fair Credit Reporting Act, we will provide you with a free personal credit report if you have received notice within the last 60 days that you were declined credit, insurance, employment or rental dwelling

0000000000



Prepared for: **KATHLEEN CALLAN**
Date: **May 18, 2012**

opportunities, or if adverse action was taken against you based on information in an Experian credit report. If you send us a copy of the declination letter or proof of the adverse action, then we will process your request for a free personal credit report.

Under federal law, you also may receive a free personal credit report if you certify to us that:

(1) you are unemployed and plan to seek employment within 60 days,
(2) you are a recipient of public welfare assistance, or
(3) you have reason to believe that your credit information is inaccurate due to fraud. Send your request in writing, specifying one of these reasons, to:

Experian
PO Box 2002
Allen, TX, 75013

If you do not qualify for a free personal credit report as legislated by any federal or state laws, then you may purchase your report with a check or money order. Fees are as follows:

California, $8; Connecticut, $5.32*; Minnesota, $3; Hawaii, $11.96*; New Mexico, $12.09*; New York, $12.52*; Texas, $12.45*; Montana, $8.50; Pennsylvania, Puerto Rico and South Carolina, $12.31*; South Dakota, West Virginia and Washington, D.C., $12.19*; Washington—$12.59. All other states, $11.50. If you already have received your allotted free credit report(s) based on your state's law, fees are as follows: Colorado, Massachusetts, $8; New Jersey, $8.56*; Georgia, $11.50; Maine, $5; Maryland, $5.30* and Vermont, $7.50. (* includes taxes)

Acceptable forms of payment are credit card, check and money order. If you submit your credit card information by mail, be sure to include the name exactly as it is displayed on the card, the credit card type, the credit card number and the expiration date. Accepted credit cards are American Express, Discover, MasterCard and VISA.

You also may be eligible for an annual free credit report from each of the nationwide consumer credit reporting companies when you make your request via www.annualcreditreport.com, call 1 (877) 322-8228, or write to:

Annual Credit Report Request Service
P.O. Box 105281, Atlanta, GA 30348-5281.

**If you already have your personal credit report and believe that information is inaccurate, visit www.experian.com/disputes, or you may call the number on your report to submit a dispute.**

If you write to us to submit a dispute, please send all of the identification information listed above, and list each item on your report that you believe is inaccurate, the account number and the specific reason you feel the information is incorrect. There is no charge for submitting a dispute. Once we receive your request, we will contact the furnisher of the information or the vendor who collected the information from a public record source such as a court or other government office. When we complete our dispute process, which may take up to 30 days (or up to 45 days for disputes of information in an annual free credit report), we will send you the results. **To check the status of your dispute, you may log on to www.experian.com/status.**

Sincerely,

Experian National Consumer Assistance Center

