Sandra L. Davis, Esq. (IN #27803-53)
   (admitted *Pro Hac Vice*)
Terri R. Brown, Esq. (IN #26279-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sdavis@schuckitlaw.com
         tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN CALLAN<br>         Plaintiffs,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTION, INC., EQUIFAX, INC., and TRANSUNION, LLC,<br>         Defendants. | CASE NO. 4:12-cv-03563-SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Kathleen Callan, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: October, 16, 2012 | /s/ Michael P. Rooney (with consent) |
|   | Michael P. Rooney, Esq. |
|   | Michael Rooney Law Office |
|   | 580 California Street, 16th Floor |
|   | San Francisco, CA 94104 |
|   | Telephone:  415-533-0282 |
|   | Fax:  415-704-3321 |
|   | E-mail:  mike@mikerooneylaw.com |
|   |   |
|   | *Counsel for Kathleen Callan* |
|   |   |
| Date:  October 16, 2012 | /s/ Sandra L. Davis* |
|   | Sandra L. Davis, Esq. (IN #27803-53) |
|   |    (admitted *Pro Hac Vice*) |
|   | Terri R. Brown, Esq. (IN #26279-49) |
|   |    (admitted *Pro Hac Vice*) |
|   | Schuckit & Associates, P.C. |
|   | 4545 Northwestern Drive |
|   | Zionsville, IN  46077 |
|   | Telephone:  317-363-2400 |
|   | Fax:  317-363-2257 |
|   | E-Mail:  sdavis@schuckitlaw.com |
|   |              tbrown@schuckitlaw.com |
|   |   |
|   | *Lead Counsel for Defendant Trans Union, LLC* |
|   |   |
|   | Monica Katz-Lapides, Esq. (CSB #267231) |
|   | Tate & Associates |
|   | 1321 8th Street, Suite 4 |
|   | Berkeley, CA  94710 |
|   | Telephone:  510-525-5100 |
|   | Fax:  510-525-5130 |
|   | E-Mail:  mkl@tateandassociates-law.com |
|   |   |
|   | *Local Counsel for Defendant Trans Union, LLC* |
|   |   |
|   | *I hereby attest that I have obtained concurrence from Plaintiff's Counsel, Michael P. Rooney, to the filing of this document. |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:12-CV-03563-SBA**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is
2  dismissed with prejudice.  Plaintiff Kathleen Callan and Defendant Trans Union, LLC shall
3  each bear their own costs and attorneys' fees.

6  Date:  10/19/12                              _____
                                                JUDGE, United States District Court, Northern
7                                               District of California

8  DISTRIBUTION TO:

| Michael P. Rooney, Esq. mike@mikerooneylaw.com | Michael R. McLively, Esq. mrmclively@jonesday.com |
|---|---|
| Thomas P. Quinn, Esq. tquinn@nokesquinn.com | Monica Katz-Lapides, Esq. mkl@tateandassociates-law.com |
| Sandra L. Davis, Esq. sdavis@schuckitlaw.com | Terri R. Brown, Esq. tbrown@schuckitlaw.com |
| Keisha Ann Broussard, Esq. abroussard@kslaw.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 4:12-CV-03563-SBA**