1
2
3       UNITED STATES DISTRICT COURT
4     FOR THE NORTHERN DISTRICT OF CALIFORNIA
5            OAKLAND DIVISION
6
7
8  KATHLEEN CALLAN,                          Case No:  C 12-3563 SBA
            Plaintiff,                       **ORDER**
9
       vs.
10
   EXPERIAN INFORMATION SOLUTIONS,
11 INC., et al.,
12          Defendants.
13
14      Pursuant to the parties' stipulation (Dkt. 41), IT IS HEREBY ORDERED THAT

15 Plaintiff may amend her complaint to add New York Community Bank as a Defendant.

16 Defendants Experian Information Solutions, Inc. and Equifax, Inc. shall file a responsive

17 pleading in accordance with Rule 12 of the Federal Rules of Civil Procedure.  This Order

18 terminates Docket 41.

19      IT IS SO ORDERED.

   Dated:  11/21/12
20
                                      _____
21                                    SAUNDRA BROWN ARMSTRONG
                                      United States District Judge
22
23
24
25
26
27
28