UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN CALLAN, | Case No: C 12-3563 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

    Pursuant to the parties' stipulation (Dkt. 41), IT IS HEREBY ORDERED THAT Plaintiff may amend her complaint to add New York Community Bank as a Defendant. Defendants Experian Information Solutions, Inc. and Equifax, Inc. shall file a responsive pleading in accordance with Rule 12 of the Federal Rules of Civil Procedure. This Order terminates Docket 41.

    IT IS SO ORDERED.

Dated: 11/21/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge