Reset Form

fee pd

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kathleen Callan )
                ) Case No: 3:12-cv-03563 SBA
        Plaintiff(s), )
                ) APPLICATION FOR
v.              ) ADMISSION OF ATTORNEY
                ) PRO HAC VICE
Equifax Inc., et al ) (CIVIL LOCAL RULE 11-3)
                )
        Defendant(s). )

FILED SEP 28 2012 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

I, __K. Ann Broussard__, an active member in good standing of the bar of __Georgia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Equifax Inc.__ in the above-entitled action. My local co-counsel in this case is __Thomas P. Quinn, Jr.__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1180 Peachtree Street<br>Atlanta, GA  30309 | 410 Broadway, Suite 200<br>Laguna Beach, CA  92651 |
| My Telephone # of Record:<br>(404) 215-5725 | Local Co-Counsel's Telephone # of Record:<br>(949) 376-3500 |
| My Email Address of Record:<br>ABroussard@KSLaw.com | Local Co-Counsel's Email Address of Record:<br>tquinn@nokesquinn.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __100142__.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/11/12

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __K. Ann Broussard__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/26/2013

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                             August 2012



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | } |
| | } ss. |
| NORTHERN DISTRICT OF GEORGIA | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **KEASHA ANN BROUSSARD, State Bar No. 100142,** was duly admitted to practice in said Court on August 20, 2007, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 26th day of September, 2012.

JAMES N. HATTEN
CLERK OF COURT

By: _Beverly Gutting_
Beverly Gutting
Deputy Clerk