1  Katherine A. Klimkowski (SBN 263099)
   JONES DAY
2  3161 Michelson Drive, Suite 800
   Irvine, CA  92612
3  Telephone:  (949) 851-3939
   Facsimile:   (949) 553-7539
4  kaklimkowski@jonesday.com

5  Attorneys for Defendant
   EXPERIAN INFORMATION
6  SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | KATHLEEN CALLAN,                          Case No. 12-cv-03563-SBA

12 |         Plaintiff,
                                              **[PROPOSED] ORDER FOR**
13 |   vs.                                    **STIPULATION OF DISMISSAL OF**
   | EXPERIAN INFORMATION                     **DEFENDANT EXPERIAN**
14 | SOLUTIONS, INC., EQUIFAX, INC.,          **INFORMATION SOLUTIONS, INC.**
   | AND NEW YORK COMMUNITY BANK.
15 |
   |         Defendants
16 |

17

18

19         PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information

20  Solutions, Inc. ("Experian") is dismissed with prejudice.  Plaintiff Kathleen Callan and Experian

21  shall each bear her or its own costs and attorneys' fees.

22         IT IS SO ORDERED.

23

24  Dated:  9/30/2013                    _____
                                         HON. SAUNDRA BROWN ARMSTRONG
25                                       UNITED STATES DISTRICT JUDGE

26

27

28

   IRI-55593v1                            1

**CERTIFICATE OF SERVICE**

I, Katherine A. Klimkowski, declare:  I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408.  On September 27, 2013, I served a copy of the **[PROPOSED] ORDER FOR STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court for the Northern District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Michael P. Rooney, Esq.<br>Michael Rooney Law Office<br>580 California Street, 16th Street<br>San Francisco, CA  94104<br>T:  (415) 533-0282<br>F:  ( 415) 704-3321<br>mike@mikerooneylaw.com<br>*Attorneys for Plaintiff* | Keasha A. Broussard, Esq.<br>King & Spalding, LLP<br>1180 Peachtree Street NE<br>Atlanta, GA  30309<br>T:  (404) 215-5725<br>F:  (404) 572-5100<br>abroussard@kslaw.com<br>*Attorneys for Equifax, Inc.* |
| Thomas P. Quinn, Esq.<br>Nokes & Quinn<br>410 Broadway, Suite 200<br>Laguna Beach, CA  92651<br>T:  (949) 376-3500<br>F:  (949) 376-3070<br>tquinn@nokesquinn.com<br>*Attorneys for Equifax, Inc.* | |

Executed on September 27, 2013, at Irvine, California.

*/s/ Katherine A. Klimkowski*
Katherine A. Klimkowski