UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN CALLAN,<br><br>        Plaintiff,<br><br>vs.<br><br>EXPERIAN, et al.,<br><br>        Defendants. | Case No: 4:12-3563-SBA<br><br>**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

## **O R D E R**

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, Kathleen Callan, against Defendant Equifax Inc., be, and the same hereby are, DISMISSED, WITH PREJUDICE, each party to bear its own costs.

DATED: 9/30/2013

*[signature]*
The Honorable Saundra Brown Armstrong
District Court Judge

-